IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00341-REB-1
Civil Action No. 12-cv-02032-REB

UNITED STATES OF AMERICA,

v.

CURTIS DEON CALLOWAY,

    Movant.

---

# JUDGMENT
---

    Pursuant to and in accordance with the Order entered by the Honorable Robert E. Blackburn [#117], filed August 7, 2012, the following Judgment is hereby entered:

    1. That the "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" [#115] filed August 2, 2012, is DENIED; and

    2. That there is no basis on which to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

    3. The corresponding civil action is hereby CLOSED.


    Dated at Denver, Colorado this   8th   day of August, 2012.

                                      FOR THE COURT:

                                      GREGORY C. LANGHAM, CLERK

                                  By:  s/ Edward P. Butler
                                          Edward P. Butler, Deputy Clerk